In the Matter of the Claim of MARY DRISCOLL against HENRY GILLEN & SONS LIGHTERAGE, INC., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Driscoll* v. *Gillen & Sons Lighterage, Inc.*, 187 App. Div. 909, affirmed.

(Argued February 25, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 29, 1919, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The husband of claimant was employed by defendant Gillen & Sons as captain of a lighter. On the morning of December 31, 1917, he started for his boat intending to spend the day and night thereon. He was seen on shore about six o'clock in the evening carrying some food and stating he was on his way back to the boat. He was not seen thereafter until May 2, 1918, when his body was found in the water near where the boat was moored. The state industrial commission found that he was drowned December 31, 1917, in the course of his employment. Appellants contended that there was no evidence that Driscoll's death was caused by an accident which arose either out of or in the course of his employment.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., COLLIN and McLAUGHLIN, JJ.